IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-304 T
(Senior Judge Bohdan A. Futey)

MIPW I ACQUISITIONS, LLC, by and
through RGMRE MANAGEMENT, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES, Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's order of May 19, 2006, the parties hereby provide the following joint status report:

The criminal proceedings in the Southern District of New York that led the Court to stay this case in September 2005 are continuing. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). The criminal trial is now scheduled to commence in January 2007.

As first reported in the defendant's status report of January 9, 2006, the promoter of the tax shelter transaction at issue here, David Greenberg, a former KPMG partner, is a defendant in the criminal proceeding. The continued stay of these proceedings will prevent harm to the criminal prosecution and permit the United States the opportunity to mount a full and complete defense in this case unencumbered by claims of Fifth

Amendment privileges and with access to all relevant information once the criminal proceedings are concluded.

There are a total of five docketed cases involving transactions similar to the one executed by the taxpayers in this case. Three are in the Court of Federal Claims and two are in the Northern District of California. All of the Court of Federal Claims cases are now stayed due to the pending criminal proceedings. In addition to this case, these are *Instashred Security Services, et. al. v. United States,* Nos. 05-299 to 05-303 T, and *FFRE Holdings, et. al. v. United States*, Nos. 05-785 T to 05-792 T). One of the district court cases is now stayed, *AWS Management, et. al. v. United States*, No. 05–010506 CW (N.D. CA. 2005). The fifth case is not yet stayed. *DR Management v. United States*, No.05-01010 M.C. (N.D. CA. 2005).

In addition to the pendency of the criminal proceedings in *Stein*, continuing the stay in this case is justified by the prospects of settling this case without further court proceedings. Plaintiff submitted an offer to settle all issues in this case by letter dated July 11, 2006. This offer is being considered by the Department of Justice in accordance with its usual procedures.

For the reasons set forth above, the parties support a continuance of the stay in this action pending the completion of the proceedings in the related criminal proceeding or the settlement of this action.

Respectfully submitted,

| | |
|---|---|
| 9/29/2006<br>Date | s/Farley P. Katz<br>FARLEY P. KATZ<br>Strasburger & Price, LLP<br>300 Convent Street, Suite 900<br>San Antonio, Texas 78205<br>(210) 250-6007<br><br>Counsel for Plaintiff |
| 9/29/2006<br>Date | s/Robert J. Higgins<br>ROBERT J. HIGGINS<br>Attorney of Record<br>U.S. Department of Justice<br>Tax Division<br>Court of Federal Claims Section<br>Post Office Box 26<br>Ben Franklin Post Office<br>Washington, D.C. 20044<br>(202) 307-6580<br><br>EILEEN J. O'CONNOR<br>Assistant Attorney General<br>STEVEN I. FRAHM<br>Assistant Chief, Court of Federal Claims Section<br>DAVID GUSTAFSON<br>Chief, Court of Federal Claims Section |
| 9/29/2006<br>Date | s/Steven I. Frahm<br>Of Counsel<br><br>Attorneys for Defendant |