# In the United States Court of Federal Claims

**No. 05-304 T**

**(Filed December 5, 2006)**

* * * * * * * * * * * * * * * * * * * * * * *
*
**MIPW I ACQUISITIONS, LLC, by and through RGMRE MANAGEMENT, LLC, a Partner Other Than the Tax Matters Partner,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on December 4, 2006, the Stay in this case is being continued until further order of the court. The parties shall file a joint report indicating the status of the criminal proceedings in the United States v. Stein, et. al. (No. S1 05 Cr 888, S.D.N.Y.) case by Monday, March 5, 2007.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**