IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-304 T
(Senior Judge Bohdan A. Futey)

MIPW I ACQUISITIONS, LLC, by and through RGMRE MANAGEMENT, LLC, a Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES, Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order of December 5, 2006, the parties hereby provide the following joint status report:

The criminal proceedings in the Southern District of New York that led the Court to stay this case in September 2005 are continuing. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). The trial date is now set for September 17, 2007.

As first reported in the defendant's status report of January 9, 2006, the promoter of the tax shelter transaction at issue here, David Greenberg, a former KPMG partner, is a defendant in the criminal proceeding. The continued stay of these proceedings will prevent harm to the criminal prosecution and permit the United States the opportunity to mount a full and complete defense in this case unencumbered by claims of Fifth

Amendment privileges and with access to all relevant information once the criminal proceedings are concluded.

There are a total of five docketed cases involving transactions similar to the one executed by the taxpayers in this case. Three are in the Court of Federal Claims and two are in the Northern District of California. All of the Court of Federal Claims cases are now stayed due to the pending criminal proceedings. In addition to this case, these are *Instashred Security Services, et. al. v. United States,* Nos. 05-299 to 05-303 T, and *FFRE Holdings, et. al. v. United States*, Nos. 05-785 T to 05-792 T. Both of the district court cases are now also stayed. *AWS Management, et. al. v. United States*, No. 05–010506 CW (N.D. CA. 2005); *DR Management v. United States*, No.05-01010 M.C. (N.D. CA. 2005).

In addition to the pendency of the criminal proceedings in *Stein*, continuing the stay in this case is justified by the prospects of settling this case without further court proceedings. Plaintiff submitted an offer to settle all issues in this case by letter dated July 11, 2006. This offer is being considered by the Department of Justice in accordance with its usual procedures.

For the reasons set forth above, the parties support a continuance of the stay in this action pending the completion of the proceedings in the related criminal proceeding or the settlement of this action.

Respectfully submitted,

3/2/2007
Date

s/Farley P. Katz
FARLEY P. KATZ
Strasburger & Price, LLP
300 Convent Street, Suite 900
San Antonio, Texas 78205
(210) 250-6007

Counsel for Plaintiff

03/2/2007
Date

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

EILEEN J. O'CONNOR
Assistant Attorney General
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

03/2/2007
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant