IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-304 T
(Senior Judge Bohdan A. Futey)

MIPW I ACQUISITIONS, LLC, by and
through RGMRE MANAGEMENT, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES, Defendant.

JOINT STATUS REPORT

Pursuant to the Court's order of June 11, 2007, the parties hereby provide the following joint status report.

The criminal proceedings in the Southern District of New York led the Court to stay this case in October 2005. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). Opening arguments for the trial were set for October 23, 2007, but the trial judge issued an order on October 18, 2007, postponing the trial and discharging the jury due to a conflict of interest between one of the defendants and his counsel and that defendant's decision not to waive his right to conflict-free representation. The trial judge scheduled a conference for November 16, 2007, at which it is anticipated that a new trial date will be set.

The promoter of the alleged tax shelter transaction at issue here, David Greenberg, a former KPMG partner, remains a defendant in the criminal proceeding. He was not the defendant with the conflict of interest problem described above. Continuing the stay of these proceedings will prevent harm to the criminal prosecution and permit the United States the opportunity to mount a full and complete defense in this case unencumbered by claims of Fifth Amendment privileges and with access to all relevant information once the criminal proceedings are concluded.

In addition to the pendency of the criminal proceedings in *Stein*, continuing the stay in this case is justified by the prospects of settling this case without further court proceedings. Plaintiff submitted an offer to settle all issues in this case by letter dated July 11, 2006. The plaintiff expects to submit a revised offer in the near future.

For the reasons set forth above, the parties support a continuance of the stay in this action pending the completion of the proceedings in the related criminal proceeding or the settlement of this action.

Respectfully submitted,

11/14/07
Date

s/Farley P. Katz
FARLEY P. KATZ
Strasburger & Price, LLP
300 Convent Street, Suite 900
San Antonio, Texas 78205
(210) 250-6007

Counsel for Plaintiff

11/14/07
Date

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

11/14/07
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant