# In the United States Court of Federal Claims

**No. 05-304 T**

**(Filed November 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * *

**MIPW I ACQUISITIONS, LLC, by and through RGMRE MANAGEMENT, LLC, a Partner Other Than the Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on November 14, 2007, the Stay in this case is being continued until further order of the court. The parties have indicated that a conference in United States v. Stein, et. al. (No. S1 05 Cr 888, S.D.N.Y.) is scheduled for November 16, 2007, at which time it anticipates that a new trial date will be set. Therefore, the parties shall file a joint status report indicating further proceedings by Monday, January 14, 2008.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**