IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-304 T
(Senior Judge Bohdan A. Futey)

MIPW I ACQUISITIONS, LLC, by and
through RGMRE MANAGEMENT, LLC, a
Partner Other Than the Tax Matters Partner

Plaintiff,

v.

THE UNITED STATES, Defendant.

# JOINT STATUS REPORT

Pursuant to the Court's order of November 19, 2007, the parties hereby provide the following joint status report.

The criminal proceedings in the Southern District of New York led the Court to stay this case in October 2005. *United States v. Stein, et. al.* (No. S1 05 Cr 888, S.D.N.Y.). The dismissal of 13 defendants in the Stein case is on appeal. Three of the remaining defendants are scheduled for trial in September 2008, pursuant to a November 16, 2007, order of the district court. The United States is seeking an earlier trial date for David Greenberg, the promoter of the alleged tax shelter transaction at issue here. A superseding indictment issued against him on November 9, 2007 (No. SR4 05 Cr. 888, S.D.N.Y.) It is anticipated that the district court will address the matter of an earlier trial date for David Greenberg at, before, or shortly after the scheduled

January 30, 2008, conference in *Stein*. If the Court does not permit Greenberg to be separately tried on the new indictment, he will likely be tried in the September 2008 trial.

Continuing the stay of these proceedings will prevent harm to the criminal prosecution and permit the United States the opportunity to mount a full and complete defense in this case unencumbered by claims of Fifth Amendment privileges and with access to all relevant information once the criminal proceedings are concluded.

In addition to the pendency of the criminal proceedings in *Stein*, continuing the stay in this case is justified by the prospects of settling this case without further court proceedings. Plaintiff submitted a revised offer to settle all issues in this case by letter dated December 18, 2007.

For the reasons set forth above, the parties support a continuance of the stay in this action pending the completion of the proceedings in the related criminal proceeding or the settlement of this action.

Respectfully submitted,

1/14/2008
Date

s/Farley P. Katz
FARLEY P. KATZ
Strasburger & Price, LLP
300 Convent Street, Suite 900
San Antonio, Texas 78205
(210) 250-6007

Counsel for Plaintiff

1/14/2008
Date

s/Robert J. Higgins
ROBERT J. HIGGINS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580

RICHARD T. MORRISON
Acting Assistant Attorney General
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

1/14/2008
Date

s/Steven I. Frahm
Of Counsel

Attorneys for Defendant