# In the United States Court of Federal Claims

**No. 05-304 T**

**(Filed January 16, 2008)**

* * * * * * * * * * * * * * * * * * * * * * *

**MIPW I ACQUISITIONS, LLC, by and through RGMRE MANAGEMENT, LLC, a Partner Other Than the Tax Matters Partner,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the Joint Status Report filed on January 14, 2008, the stay in this case is being continued. The parties have indicated that the dismissal of 13 defendants in United States v. Stein, et. al. (No. S1 05 Cr 888, S.D.N.Y.) is on appeal, and the remaining defendants are scheduled for trial in September, 2008. The parties shall file a joint status report within 30 days of the district court's decision on a trial date for David Greenberg.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**